UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ROSA VALDIVIA *et al.*,

        Plaintiff,

v.

TOWNSHIP OF HILLSBOROUGH POLICE *et al.*,

        Defendants.

Civil Action No. 23-3660 (MAS) (RLS)

**ORDER**

This matter comes before the Court upon pro se Plaintiffs Rosa Valdivia, Eudoxia M. Valdivia, and RosaMaria F. Valdivia's ("Plaintiffs") application (submitted twice) to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915. (ECF Nos. 4, 5.) Plaintiffs failed to follow the instructions, which require applicants to "[c]omplete all questions in [the] application and then sign it. Do not leave any blanks: if the answer to a question is '0,' 'none,' or 'not applicable (N/A),' write that response." Here, Plaintiffs' application contains blanks. (*See* ECF No. 5 at 1-4.) The Court, furthermore, notes that all three Plaintiffs are listed on the IFP Application. (*See id.* at 1.) Each Plaintiff must submit a separate IFP Application for consideration. Accordingly,

IT IS, on this 6th day of September 2023, **ORDERED** as follows:

1. Plaintiffs' IFP application (ECF Nos. 4, 5) is **DENIED WITHOUT PREJUDICE.**

2. The Clerk shall close this matter.

3. By October 6th, 2023, Plaintiffs may submit a new IFP application for each Plaintiff listed. Alternatively, by October 6th, 2023, Plaintiffs may submit the $402 filing fee, and the Clerk will reopen the matter.

                                                                         /s/ Michael A. Shipp
                                                                         MICHAEL A. SHIPP
                                                                         UNITED STATES DISTRICT JUDGE