AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the

**RECEIVED**
**SEP 25 2023**
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

Rosa M Valdivia )
_Plaintiff/Petitioner_ )
v. )  Civil Action No. 3:23-cv-03660-MAS-RLS
Townsahip of Hillsborough Police et al. )
_Defendant/Respondent_ )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: Rosa Valdivia _/s/ Rosa_

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 09/25/2023

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property _(such as rental income)_ | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |

AO 239 (Rev 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): court ordered support CS81294896 | $ 719.67 | $ | $ | $ |
| Total monthly income: | $ 719.67  0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Dr. Julio Hip Flores | 281 River Road, Piscataway, NJ 08854 | April - July 2021 | $ 1200.00 |
| ShopRite | 601 Rt 206 & Amwell Rd, Hillsborough, NJ 08844 | March 2019 - November 2020 | $ 800.00 |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions) Ex-spouse (During the time of our marriage; All of his CIS forms via superior court conflict)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Procedyne | 11 Industrial Dr, New Brunswick, NJ 08901 | 200 till present | $ aprox 9000.00 |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ __229.81__

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Affinity Federal Credit Union | checking | $ ~~7.04~~ 0 | $ n/a |
| Chime | checking/savings | $ ~~594.29~~ 229.81 | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.   N/A

| Assets owned by you ~~or your spouse~~ I cannot speak for ex-spouse. I can only speak for me. Cars received in divorce were junked | |
|---|---|
| Home (Value) | $ |
| Other real estate (Value) | $ |
| Motor vehicle #1 (Value) | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Motor vehicle #2 (Value) | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets (Value) | $ |
| Other assets (Value) | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | ~~Amount owed to your spouse~~ |
|---|---|---|
| Ex-spouse had arrearage of 3407.70. prior to alimony eff 10/1/20 which also started paying in December 2020 arrearage for alimony would be 3000.00 | $ court orders have to be fixed | $ N/A |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| Eudoxia M Valdivia | child | 14 |
| RosaMaria F Valdivia | child | 13 |
| | | |

AO 239 (Rev 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included? ☐ Yes ☐ No <br> Is property insurance included? ☐ Yes ☐ No | $ | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ | $ |
| Clothing | $ 30.00 | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ 60.00 | $ |
| Transportation *(not including motor vehicle payments)* | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ | $ |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ 150.00 | $ |
|     Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ | $ |
| Installment payments | | |
|     Motor vehicle: | $ | $ |
|     Credit card *(name)*: | $ 50.00 | $ |
|     Department store *(name)*: | $ | $ |
|     Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239 (Rev 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: storage | $ 330.00 | $ |
| Total monthly expenses: | $ 620.00      0.00 | $       0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☒ Yes   ☐ No   If yes, describe on an attached sheet.
   Requesting alimony and child support order to be enforced. My disability claim also is pending.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☒ Yes   ☐ No

    If yes, how much? $ approximately $100.00 a month. This could fluctuate as motions served, copies made, ability to fax, postage for copies, gas to locations, transcripts, discovery costs, investigative expenses.

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    Plaintiff was approved for Section 8 housing voucher and there is a percentage Plaintiff will have to pay for housing. Plaintiff also has medical expenses as well as receiving SNAP benefits since being threatened and displaced by ex, his family and girlfriends. Our oldest was improperly emancipated by ex' Counsel. *Our oldest has a little girl and Plaintiff helps in what she can when she can. Mainly have helped with car, storage, maintenance and its insurance payments so my daughter can work.

12. Identify the city and state of your legal residence.
    Marital home was located at 138 Mountain View Road, Hillsborough, NJ 08844 (foreclosed as on previous submission
    Mailing address: Po Box 207-1996, Trenton, NJ 08602

    Your daytime phone number:   407-725-2479

    Your age: 44    Your years of schooling:   14 years