# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ROSA VALDIVIA *et al.*, | Civil Action No. 23-3660 (MAS) (RLS) |
| Plaintiffs, | **ORDER** |
| v. |  |
| TOWNSHIP OF HILLSBOROUGH POLICE *et al.*, |  |
| Defendants. |  |

This matter comes before the Court upon pro se Plaintiff Rosa Valdivia's ("Plaintiff") application to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915. (ECF No. 7.) The Court previously denied pro se Plaintiffs Rosa Valdivia, Eudoxia M. Valdivia, and RosaMaria F. Valdivia's application (submitted twice) (ECF Nos. 4, 5) to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915 because the application contained blanks. (ECF No. 6.)

Plaintiff timely filed a revised IFP on behalf of herself. Plaintiff has again failed to follow the instructions, which require applicants to "[c]omplete all questions in [the] application and then sign it. Do not leave any blanks: if the answer to a question is '0,' 'none,' or 'not applicable (N/A),' write that response." Here, Plaintiff's application contains blanks. (*See* ECF No. 7 at 1-4.) Accordingly,

**IT IS**, on this <u>4th</u> day of January 2024, **ORDERED** as follows:

1.    Plaintiff's IFP application (ECF No. 7) is **DENIED WITHOUT PREJUDICE.**

2.    The Clerk shall close this matter.

3.   By **February 5, 2023**, Plaintiffs may submit a new IFP application for each Plaintiff listed. Alternatively, by **February 5, 2023**, Plaintiffs may submit the $402 filing fee, and the Clerk will reopen the matter.


MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE